Alice Garvin, Appellant, v. George K. Garvin et al., Respondents.— Order affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and grant a counsel fee of $500. [Order denied motion for counsel fee.]

■

Augustus B. Sbarboro, Appellant, v. Stephen J. Peirano, Respondent. Andrew Sbarboro, as Executor of Bartholomew Sbarboro, Deceased, Appellant.— Judgment and orders unanimously affirmed, with costs to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of the Arbitration between Auburn Fabrics, Inc., Respondent, and Laurel Mills, Inc., Appellant.— Order and judgment unanimously affirmed, with costs to the petitioner-respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

Phil Birnbaum, Inc., Appellant, v. City Bank Farmers Trust Company, as Trustee under an Agreement Made by William W. Astor, Respondent. City Bank Farmers Trust Company, as Trustee under an Agreement Made by William W. Astor, Landlord, v. Nue Park Clothes, Ltd., et al., Tenants; Phil Birnbaum, Inc., Assignee, and "John Doe" et al., Undertenants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See post, p. 972.]

■

Swan Fastener Corp., Respondent, v. Miller Metal Specialty Corp. et al., Appellants.— Order unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Order (denying motion to strike complaint) unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

Henry Stevens, Respondent, v. Cecelia A. Stevens, Appellant. Henry Stevens, Respondent, v. Cecelia A. Stevens et al., Appellants, et al., Defendants.— Judgments unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See post, p. 874.]

■

Daphne F. Slomka, Appellant, v. Benjamin Alstadt, Respondent.— Order (denying plaintiff's motion for summary judgment) unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Appeal unanimously dismissed. The order (denying reargument of prior motion) is not appealable. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See post, p. 961.]